

FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEVON ARAKELYAN,<br><br>Defendant. | Case No. 2:25-cr-00434-JLS<br><br>ORDER OF DETENTION |

On June 27, 2025, Defendant Levon Arakelyan made his initial appearance on the Indictment filed in this matter. He was represented by Patrick Smith of the indigent defense panel. Mr. Arakelyan submitted on the recommendation of detention made by the Pretrial Services Report.

The Court makes the following findings:

☒   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves

1  a minor victim, or possession or use of a firearm or destructive device or any other
2  dangerous weapon, or a failure to register under 18 U.S.C. § 2250.
3     ☒   On motion by the Government or on the Court's own motion [18 U.S.C.
4  § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.
5     The Court concludes that the Government is not entitled to a rebuttable
6  presumption that no condition or combination of conditions will reasonably assure
7  the defendant's appearance as required and the safety or any person or the
8  community [18 U.S.C. § 3142(e)(2)].
9     The Court finds that no condition or combination of conditions will
10 reasonably assure: ☒ the appearance of the defendant as required.
11                    ☒ the safety of any person or the community.
12    The Court has considered: (a) the nature and circumstances of the offense(s)
13 charged, including whether the offense is a crime of violence, a Federal crime of
14 terrorism, or involves a minor victim or a controlled substance, firearm, explosive,
15 or destructive device; (b) the weight of evidence against the defendant; (c) the history
16 and characteristics of the defendant; and (d) the nature and seriousness of the danger
17 to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered
18 the report and recommendation of the U.S. Pretrial Services Agency.
19    The Court bases its conclusions on the following:
20    Mr. Arakelyan is currently serving a sentence imposed by the State of Nevada.
21 His release date on that sentence is not imminent. The Court has no information
22 before it that would permit it to assess conditions that could set at the end of that
23 sentence (residence, sureties, etc.) that would mitigate the apparent risk of
24 nonappearance, and thus ordered Mr. Arakelyan detained. That order is without
25 prejudice to a renewed motion once Mr. Arakelyan has completed (or is about to
26 complete) his state sentence.
27    IT IS THEREFORE ORDERED that the defendant be detained until trial. The
28 defendant will be committed to the custody of the Attorney General for confinement

in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 30, 2025

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE